IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA (SCRANTON)

MICHAEL GRIFFITH,
DETRICK CURTIS CONERLY,

        Plaintiff(s),

v.

PARAN LLP.,

        Defendant,

Case No. 1:21-CV-1308

CIVIL COMPLAINT

FILED
SCRANTON

JUL 26 2021

PER _____
DEPUTY CLERK

## CLAIM FOR RELIEF

1. On 06/20/17 the plaintiff(s) confessed judgment against the defendant Paran LLP. for the amount of $104,880.00 U.S. real money. (As well as other injunctive relief. See both praecipes in the complaint in confession from the Court of Common Pleas Westmoreland County PA. case no. 17JU3170. See attached confession of judgment.)

2. The defendant has failed to pay anything towards said judgment. Defendant's judgment at 6% interest annum owes the plaintiff(s) an additional $25,171.20 to the plaintiff(s).

## STATEMENT OF CLAIM

3. This case evolved from an complaint in confession of judgment obtained from the aforementioned Westmoreland County Court and they never complied with said judgment.

## PARTIES TO THIS COMPLAINT

A. The Plaintiff(s)

1. Michael Griffith
   11937 Madison St.
   Avondale, AZ. 85323

2. Detrick Curtis Conerly 04212-081 BA 201
   FCI Mckean
   P.O. Box 8000
   Bradford, PA. 16701

B. The Defendant

1. Paran LLP.
   2127 S. Helen St.
   Boise, ID. 83705

JURISDICTION

4. This Court has jurisdiction pursuant to 28 U.S.C. 1332 divesity of citizenship. (Also see Affidavit of [illegible] the plaintiff(s) reside in a different state than the defendant Paran LLP. whose headquarter in incorporated and located in Boise, ID.. Also, the controvery was for an amount of $76,000.00 before interest and etc...).

VENUE

5. Venue is proper in this case. The events that gave rise to this suit originate in Pennsylvania. Also, it is believed that a substantial part of property that is subject to the action is situated in said district venue is indeed proper in accordance to 28 U.S.C. 1391(b)(2), and Watson v. Moger 2020 U.S. Dist. Lexis 169817. Remember, the amount due is $104,880.00 U.S. real money which is gold and silver coin minted by Congress. This is what said property consist of.

PRAYER

Plaintiff(s) requests that the Clerk of the Court:

To enter this complaint in confession of judgment (recordation of said judgment) in accordance to Locale Rule 7(b), Fed. R. Civ. P. 77(c), and 79(a) such actions are in compliance with other case laws such as National Leasing Corp. v. Williams, 80 F.R.D 416, and City of Scranton v. Davis, 2018 U.S. Dist. Lexis 172000

CERTIFICATION AND CLOSING

Under Fed. R. Civ. P. 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, If specifically so identified will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated: 7/21/21         *Detrick Curtis Conerly ucc 1-308*
                       Michael Griffith
                       Detrick Curtis Conerly
                       Pro Se Litigant(s)

Commonwealth of
Pennsylvania County of    } ss.
Westmoreland

    I, CHRISTINA O'BRIEN Prothonotary of the Court of Common Pleas in and for said County, do hereby certify that the foregoing is a full, true and correct copy of the whole record of the case therein stated wherein MICHAEL GRIFFITH & DETRICK CURTIS CONERLY Plaintiff and PARAN, LLP Defendant, so full and entire as the same remains of record before the said Court at No. 3170 OF 2017.

    In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court, this 14TH day of SEPTEMBER 2020.

_____<br/>Prothonotary

    I, Rita D. Hathaway, President Judge of the Court of Common Pleas, do hereby certify that CHRISTINA O'BRIEN by whom the annexed record, certificate and attestation were made and given, and who, in her own proper handwriting, thereunto subscribed her name and affixed the seal of the Court of Common Pleas of said County, was at the time of so doing and now is Prothonotary in and for said County of Westmoreland, in the Commonwealth of Pennsylvania, duly commissioned and qualified; to all of whose acts, as such, full faith and credit are and ought to be given, as well in Courts of Judicature as elsewhere, and that the said record, certificate and attestation are in due form of law and made by the proper officer.

_____<br/>President Judge

Commonwealth of
Pennsylvania County of    } ss.
Westmoreland

    I, CHRISTINA O'BRIEN Prothonotary of the Court of Common Pleas in and for said County, do certify that the Honorable Rita D. Hathaway by whom the foregoing attestation was made, and who has thereunto subscribed his name, was at the time of making thereof and still is President Judge of the Court of Common Pleas in and for said County, duly commissioned and qualified; to all whose acts, as such, full faith and credit are and ought to be given, as well in Courts of Judicature as elsewhere.

In Testimony Whereof, I have<br/>hereunto set my hand and affixed the seal<br/>of said Court, this 14TH day of<br/>SEPTEMBER 2020.<br/><br/>_____<br/>Prothonotary

No.           , Term, 20

MICHAEL GRIFFITH and
DETRICK CURTIS CONERLY,
Plaintiff(s)

Vs.

PARAN, LLP,
Defendant(s)

# EXEMPLIFIED RECORD

FROM WESTMORELAND COUNTY

Debt and Com. —   $104,880.00

Int. from         $

Costs             $70.95

This Record       $21.40

Entered and filed

Christina O'Brien, Prothonotary

_____
                Attorney

Among the Records and Proceedings enrolled in the Court of Common Pleas in and for the County of Westmoreland, in the Commonwealth of Pennsylvania, to
No. 3170 OF 2017, is contained the following:

DOCKET ENTRY

Westmoreland

CASE HISTORY FOR CASE 17JU03170

MICHAEL GRIFFITH Vs PARAN LLP

| FILED DATE: 06/20/2017 | CASE TYPE: JU | JUDGE: CHRIS SCHERER | STATUS: ACTIVE |
|---|---|---|---|

Print Date: September 22, 2020                                                                                                        Page 1 of 1

Print Time: 09:54:41 AM

CASE PARTIES:

DEFENDANT:
  PARAN LLP
PLAINTIFF:
  DETRICK CURTIS CONERLY
  MICHAEL GRIFFITH

| DATE | TIME | DESCRIPTION | |
|---|---|---|---|
| 09/22/2020 | 9.53.59 AM | *EX RECORD ISSUED | |
| 01/13/2020 | 11.00.23 AM | *EX RECORD ISSUED | |
| 06/24/2019 | 9.13.42 AM | *EX RECORD ISSUED | |
| 01/03/2018 | 10.05.57 AM | JUDICIAL ASSIGNMENT FORM | |
| 10/02/2017 | 8.56.11 AM | MISCELLANEOUS | |
| 08/23/2017 | 2.57.45 PM | *EX RECORD ISSUED | |
| 08/22/2017 | 1.42.00 PM | ORDER PROCEED IN FORMA PAUPERIS | |
| 08/14/2017 | 1.42.00 PM | MOT/PET PROCEED IN FORMA PAUPERIS | |
| 06/20/2017 | 2.34.20 PM | *COMPLAINT CONFESSION OF JUDGMENT $ | EO DIE: JUDGME |

# PART

# 1

THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA CIVIL DIVISION

JUDGMENT BY CONFESSION

26.3 PRAECIPE FOR ASSESSMENT OF DAMAGES AND CONFESSION OF JUDGMENT

MICHAEL GRIFFITH   and

DETRICK CURTIS CONERLY

    Plaintiff(s),

v.                                 Case No. 3170 of 2017

PARAN L.L.P.

    Defendant,

TO THE PROTHONOTARY:

Pursuant to the Warrant of Attorney contained in the security agreement, a copy of which is attached to the complaint filed in this action, I hereby confess judgment in favor of the Plaintiff(s), and against the Defendant Paran L.L.P. . This includes all successors and assigns giving Plaintiff(s) General Power of Attorney over the Defendant. (Any of the individual Plaintiff(s) may exercise the Power of Attorney or Warrant of Attorney without the signing of the other Plaintiff(s). All the accounts, assets, intangible or otherwise, and is able to enter into contracts on their behalf. Also, as noted the Plaintiff(s) Michael Griffith, and Detrick Curtis Conerly are sovereign. They are not a 'Person', and statutes employing the word are ordinarily meant to exclude the sovereign.

Therefore, no one can obtain subject matter jurisdiction over Michael Griffith, and Detrick Curtis Conerly without their expressed consent. Anyone who restricts his liberty will be charged twenty five thousand dollars U.S. (real money) for every twenty three minutes of restriction of liberty in any form. The assessments of damages are as follows:

    Principal $ 76,000.00 U.S.

    Interest (8%) $15,200.00 U.S.

    Attorney's Fees (20%) $ 15,200.00 U.S.

    Sheriff's Fees (10%) $ 7,600.00 U.S.

    Total $ 104,880.00 (real money)

                                                      _____ A.R.R.

                                                        (Michael Griffith)

                                                        Attorney for the Defendant

                                                        WILLARD THOMAS
                                                        NOTARY PUBLIC
                                                        STATE OF IDAHO

                                                        Willard Thomas

                                                        Expires   6-14-19

## ENTRY OF PRIOR JUDGMENT ON SAID SECURITY AGREEMENT/WARRANT OF ATTORNEY

No judgment has been entered on the documents, true and correct copies of which are attached hereto, (or) no judgment has been entered on the documents, true copies of which are attached hereto, exception of the following:

The following documents attached hereto are originals/true and correct reproductions of which are attached hereto, upon default by the Defendant, Plaintiff(s) are entitled to and does hereby appear of behalf of the Defendant and confess judgment in favor of Plaintiff(s) and against the Defendant.

* (Penal) Sum 0.00

## OTHER AUTHORIZED ITEMS:

Specify**Interest due upon the principal owed to the Plaintiff(s) by the Defendant at 8% in the amount of six thousand eighty dollars U.S. ($6,080.00) (real money).

**Attorney fees: The amount due by the Defendant for the confession of judgment is fifteen thousand two hundred dollars U.S. ($15,200.00) (real money).

**Sheriff's Fess: The amount due by the Defendant for the Sheriff's fees for bank levy and other related duties is 10% seven thousand six hundred dollars U.S. ($7,600.00) (real money).

**Real money is as the U.S. Constitution states; "gold and silver coins minted by Congress..." (Article 1 Clause 10). All parties agree that to pay the debt by Federal Reserve Notes the Defendant will have to pay the precious metal value of the coins that would be used to pay the debt.

**These fees are in addition to the principal amount due which the total due to the Plaintiff(s) is One hundred four thousand eight hundred eighty dollars U.S. ($104,880.00) (real money).

** General/Unlimited Power of Attorney over the Defendant as stipulated in the international claim/security agreement/contracts other authorized items; Defendant Paran L.L.P. gives Michael Griffith and Detrick Curtis Conerly Unlimited Power of Attorney over them. To open, operate, and close any current deposit or other bank accounts; to draw, endorse, and sign checks, to deposit any money, either in name of the attorney in fact, or in the name of the Defendant, as well as the transference of any stock, bonds bank notes, remove liens do quit claim deeds, sign title(s) to anyone the attorney if fact chooses that is owned by the Defendant, or their office(s). To sign, seal make and execute all such deeds, agreements, and documents as shall be necessary or expedient. Also, to enter into contract on behalf of the aforementioned Defendant, and to make purchases of any kind by this General/Unlimited Power of Attorney. These powers are in effect until the judgment is no more. This also applies to all successors and all assigns of their respective office(s). Final authorized item; Michael Griffith and Detrick Curtis Conerly are sovereign, and is not a 'Person'. Statutes employing the word person are meant to exclude it. Therefore, no one can obtain subject matter jurisdiction over the Plaintiff(s) over the Plaintiff(s) without their express consent. (As they have in this matter only). This is a retroactive status because they were born sovereign. Also, anyone who restricts their liberty purposely will be charged twenty five thousand dollars U.S. ($25,000.00) (real money) for every twenty three minutes of restricted liberty.

**Strike out inapplicable items


**Interest and attorney fees may be included only if authorized by warrant.

## JURISDICTION

Jurisdiction for this matter is Westmoreland County Pennsylvania. Both parties have a presence in the state, and county in question. Even though the addresses on the complaint is different because it is the headquarters for the parties in question. Paran L.L.P. has a presence in the jurisdiction at 536 Franklin St. 1F Reading PA. 19602.

## ATTACHMENTS AND BACKGROUND INFORMATION

Pursuant to the authority contained in the office of attorney, the original or a copy of which is attached to the complaint filed in this action, I appear for the Defendant and confess judgment in favor of the Plaintiff(s) and against the Defendant(s) as follows:

On or about 04/17/16, plaintiff(s) and defendant began negotiating a security agreement through an international claim. (Consisting of un-rebutted affidavits, opportunity to cure, to which the defendant have substantiated the amount for damages due to the Plaintiff(s) as well as a true bill sent to the defendant for further verification of debt under the F.D.C.P.A.) Defendant has failed to rebut the amount owed to the Plaintiff(s) with the 35 day time limit allotted and agreed upon by all parties. Defendant also agreed that the plaintiff(s) Michael Griffith and Detrick Curtis Conerly are sovereign and not a 'person' as described in statutes. The defendant agrees by tacit procuration to give the plaintiff(s) unlimited P.O.A. as well as Warrant of Attorney. This extends to all successors and all assigns.

## PRINCIPAL OWED TO PLAINTIFF(S)

*(Principal): The principal amount owed to the plaintiff(s) is seventy six thousand dollars U.S. (real money) ($76,000.00).

## AFFIDAVIT THAT JUDGMENT IS NOT BEING ENTERED AGAINST A NATURAL PERSON AND THAT THE PLAINTIFF(S) IS NOT IN THE MILITARY

Pursuant to Pa. R.C.P. 2951(a)(2)(ii), I certify that the judgment is not being entered by confession against a natural person in connection with a consumer credit transaction. Also, Paran L.L.P. is not in the military service.

- (b) A consumer credit transaction means a transaction in which the party to whom the credit was offered or extended is a natural person, and the money, property or services which are subject to this transaction which are primarily used for family personal or household uses.

## JUDGMENT BEING ENTERED UPON DEFAULT OR OCCURRENCE CONDITION PRECEDENT

Judgment may be default of the occurrence of a condition precedent. The Defendant has defaulted upon the terms of the security agreement/international claim, which includes, but not limited to, the failure to pay the plaintiff(s) for damages in the amount of seventy six thousand dollars U.S. ($76,000.00) (real money).

## ASSIGNMENT OF SECURITY AGREEMENT

Pursuant to the terms of the security agreement/contract, a true and accurate reproduction(s)/original(s) of which is attached here in which the Defendant agreed that, upon default, Plaintiff(s) would be entitled to appear on behalf of the Defendant and confess judgment in favor of the Plaintiff(s) and against the Defendant.

<u>THE COURT OF COMMON PLEAS WESTMORELAND COUNTY PENNSYLVANIA CIVIL DIVISION</u>

MICHAEL GRIFFITH, and

DETRICK CURTIS CONERLY

        Plaintiff(s),

v.                                             Case No. 3170 of 2017

PARAN L.L.P.

        Defendant(s),

<u>PLAINTIFF(S) CIVIL COMPLAINT/CONFESSION OF JUDGMENT</u>

Rule 2962 Confession of Judgment where action commenced by complaint form, the confession of judgment required by Rule 2955 shall be substantially in the following form:

<u>CONFESSION OF JUDGMENT CIVIL COMPLAINT</u>

<u>LAST KNOWN ADDRESSES OF THE PLAINTIFF AND THE DEFENDANT</u>

NAME OF PLAINTIFF(S):                                ADDRESS:

MICHAEL GRIFFITH                                      ISCC K-104

DETRICK CURTIS CONERLY                        P.O. BOX 70010

                                                              BOISE, ID 83707

<u>NAME OF DEFENDANT(S):</u>                         <u>ADDRESS:</u>

PARAN L.L.P.                                                  2127 HELEN ST

                                                               BOISE, ID 83705

                                                               1519 MOUNT PLEASANT CONNELLSVILLE RD

                                                               MOUNT PLEASANT, PA 15666

[Filed stamp: 2017 JUN 20 PM 2:14 CHRISTINA O'BRIEN WESTMORELAND COUNTY PROTHONOTARY]

## THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA CIVIL DIVISION

## JUDGMENT BY CONFESSION

### 26.3 PRAECIPE FOR ASSESSMENT OF DAMAGES AND CONFESSION OF JUDGMENT

MICHAEL GRIFFITH    and

DETRICK CURTIS CONERLY

        Plaintiff(s),

v.                                                     Case No. 3170 of 2017

PARAN L.L.P.

        Defendant,

TO THE PROTHONOTARY:

The status of Sovereign is retroactive because the Plaintiff(s) were born Sovereign. Thusly, if the Plaintiff(s) are incarcerated they shall be released immediately. Any warrants or detainers are void and shall be quashed. Any and all criminal cases shall be vacated. The language and actions taken in the first praecipe shall remain in force in this praecipe. Finally, any property taken from the Plaintiff(s) by law enforcement or any actor must be returned immediately, or its cash equivalency.

 

                                                                          _____ A.R.R.

                                                                          (Michael Griffith)

                                                                       Attorney for the Defendant

**Interest and attorney fees may be included only if authorized by warrant.

The above certification is made subject to penalties of 18 Pa C.S.A. at section 4094 relating to sworn falsification to authorities.

Date: 16 May 17                              Signature: _____ A.R.R.

WILLARD THOMAS
NOTARY PUBLIC
STATE OF IDAHO

Willard Thomas

Expires   6-14-19

<u>**ATTORNEY FOR DEFENDANT MICHAEL GRIFFITH**</u>

The above certification is made subject to penalties of 18 Pa. C.S.A. at section 4094 relating to unsworn falsification to authorities.

Date: 16 May 17           _____ A.P.R.

Signature of Plaintiff(s)/Attorney

Willard Thomas

Expires 6-14-19

## THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA CIVIL DIVISION

VERIFICATION OF NON-APPLICABILITY OF GOODS AND SERVICES

INSTALLMENT SALES ACT AND AFFIDAVIT OF NON-CONSUMER TRANSACTION

**I MICHAEL GRIFFITH,** being duly sworn according to law, depose and state that we are individual(s) (D.B.A.), that we have sufficient knowledge of the facts to make the verification and that this confession of judgment defined under the Goods and Services Installment Sales Act, 69 P.S. Section 1101 et sec. nor is judgment being entered against an natural person in connection with a " consumer credit transaction" as the term is defined in Pennsylvania Rule of Civil Procedure 2950 (as amended July 1, 1996). We further state that this verification is taken subject to the penalties of 18 P.a. C.S.C. 4094 relating to unsworn falsification to authorities.

By: _[signature]_

The above certification is made subject to penalties of 18 P.a. C.S.A. at section 4094 relating to unsworn falsification to authorities:

Date: 16 May 17           _[signature]_ A.P.P.

Signature of Plaintiff(s) or Attorney

The provisions of this Rule 2962 amended April, 1996, effective July 1, 1996, 26 Pa B. 1806; amended December 29, 2008, effective immediately, 39 P.a. B. 304. Immediately preceding text appears at serial page (30116)

WILLARD THOMAS
NOTARY PUBLIC
STATE OF IDAHO

_[signature] Willard Thom_

Expires 6-14-19

## SECURITY AGREEMENT/CONTRACTS/AFFIDAVITS

This contract/security agreement is structured by un-rebutted affidavits sent to Paran L.L.P. known hence forth as Obligee. Said Obligee failed to respond to the affidavits sent by Obligor(s) Michael Griffith and Detrick Curtis Conerly known hence forth as Obligor(s) through U.S. mail, and directly from Detrick Curtis Conerly. This failure to respond to these affidavits stipulate that the Obligee:

1. Obligee agrees that by tacit procuration that Obligor(s) are sovereign as stated in Chisholm v. State of Georgia et al 2 U.S. 419 (1793), M'Culloch v. State of Maryland et al 17 U.S. 316 1819, and U.S. Term limits Inc. v. Thornton 514 U.S. 779, 925 115 S. Ct. 1842 (1995).
2. Obligee agrees by tacit procuration that oblige owes the obligor(s) seventy six thousand dollars U.S. ($76,000.00) (real money). This is owed individually by the Obligee.
3. Obligee agrees by tacit procuration that they are subject to the same fee schedule as everyone else that limits the liberty of the obligor(s).
4. This security agreement/contract has a unilateral contract feature (void where prohibited) that states the following: Anyone that restricts the liberty of the obligor(s) in any way by their action will have entered into contract with the obligor(s) thus, becoming an obligee under this security agreement/contract. The fee schedule is twenty five thousand dollars U.S. ($25,000.00) (real money).
5. Obligee agrees by tacit procuration that in common usage the term 'Person" does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it. (Quoted from Will v. Michigan Dept. of State Police et al 491 U.S. 58 (1989).
6. **THE UNDERSIGNED OR ANY OF THEM HEREBY EMPOWERS THE PROTHONOTARY OR ANY COURT OF RECORD WITHIN THE UNITED STATES OR ELSEWHERE TO APPEAR FOR THE UNDERSIGNED AND WITH OR AGAINST THE UNDERSIGNED OR ANY OF THEM IN FAVOR OF LENDER AS OF ANY TERM FOR THE UNPAID BALANCE THEREOF, TOGETHER WITH UNPAID INTERES, COSTS OF SUIT AND AN ATTORNEY'S COMMISSION OF FIFTHTEEN PERCENT TO TWENTY PERCENT (15%-20%) FOR COLLECTION. WITH RELEASE OF ALL ERRORS AND WITHOUT STAY OF EXECUTION THEREON, AND INQUISTITION AND EXTENSION UPON AY LEVY ON REAL ESTATE IS HEREBY WAIVED AND CONDEMNATION AGREED TO, AND THE EXEMPTION OF ALL PROPERTY FROM LEVY AND SALE ON ANY EXECUTION THEREON, AND EXEMPTION OF WAGES FROM ATTACHMENT, ARE ALSO HEREBY EXPRESSLY WAIVED, AND NO BENEFIT OF EXEMPTION SHALL BE CLAIMED UNDER OF BY VIRTUE OF ANY EXEMPTION LAW NOW IN FORCE OR WHICH MAY HEREAFTER BE ENACTED.**
7. Obligee agrees to the debit amount stipulated. They also agree to liens placed on and or writs of execution(s) bank levies and other actions taken against them for the creditor(s) may recoup the amount due them by liening or levying the obligee's stocks, bonds, debentures, credits, monies, cars, boat, houses, motorcycles, any and all types of assets tangible or intangible.
8. Obligee agrees by tacit procuration to give the creditor(s)/obligor(s) Michael Griffith and Detrick Curtis Conerly general power of attorney, and agrees to the stipulations of warrant of attorney contained within and separately to this exemplified security agreement/contract/internal claim.
9. Obligee agrees by tacit procuration that the unlimited power of attorney of them by obligor allows obligor(s) (independently) to open, operate and close any current deposit, or other bank accounts; to draw, endorse, and sign checks, to deposit any money, either in the name of the of the attorney in fact, or the name of the oblige. Also, their offices and all it's assigns (where applicable) can be

affidavits/international claim/contract/security agreement general/unlimited power of attorney over the obligee(s) as fiduciary agents is valid and freely given.

9. Obligee(s) agrees that they are collaterally estoppelled from raising any defenses against this security agreement/un-rebutted affidavits/international claim. Raising a defense will result in a penalty of oblige will separately be lible under the fee schedule aforementioned in this security agreement. This is supported by Trezevant v. city of Tampa Bay 741 F.2d 336 (1984) restriction of liberty will also include challenging the sovereign status of the obligor(s). The amount attached to this violation will be twenty five thousand dollars U.S. ($25,000.00) (real money) for every 23 minute interval of restricted liberty. Anyone who participates in restriction of liberty of the obligor(s) will have willingly agreed to pay the amount aforementioned in this section to each individual obligor. This is also retroactive, because the obligor(s) were born sovereign.
10. Obligee(s) stipulates that anyone interfering with this security agreement/international claim will become co-obligee(s) to any legal action sought against the obligee(s), or in an independent action against the individual in any tribunal in the United States. This claim amount will be fifty million dollars U.S. ($50,000,000.00 U.S.) (real money)
11. Obligee(s) agrees that by tacit procuration that real money is gold and silver coin minted by congress, and federal reserve notes are only fiat currency.
12. Obligee(s) agrees that by tacit procuration that they are unconditionally waiving all of their rights to contest this security agreement/contract/international claim in any court or tribunal in the United States.

**THE UNDERSIGNED OR ANY OF THEM HEREBY EMPOWERS THE PROTHONOTARY OR ANY COURT OF RECORD WITHIN THE UNITED STATES OR ELSEWHERE TO APPEAR FOR THE UNDERSIGNED AND WITH OR AGAINST THE UNDERSIGNED OR ANY OF THEM IN FAVOR OF LENDER AS OF ANY TERM FOR THE UNPAID BALANCE THEREOF, TOGETHER WITH UNPAID INTEREST, COSTS OF SUIT AND AN ATTORNEY'S COMMISSION OF FIFTHTEEN PERCENT TO TWENTY PERCENT (15%-20%) FOR COLLECTION. WITH RELEASE OF ALL ERRORS AND WITHOUT STAY OF EXECUTION THEREON, AND INQUISTITION AND EXTENSION UPON AY LEVY ON REAL ESTATE IS HEREBY WAIVED AND CONDEMNATION AGREED TO, AND THE EXEMPTION OF ALL PROPERTY FROM LEVY AND SALE ON ANY EXECUTION THEREON, AND EXEMPTION OF WAGES FROM ATTACHMENT, ARE ALSO HEREBY EXPRESSLY WAIVED, AND NO BENEFIT OF EXEMPTION SHALL BE CLAIMED UNDER OF BY VIRTUE OF ANY EXEMPTION LAW NOW IN FORCE OR WHICH MAY HEREAFTER BE ENACTED.**

13. Obligee(s) agrees that upon defaulting on the affidavit(s) in the administrative process/security agreement/contract sent to them that they fully understand that the nature of warrant of attorney as well as the security agreement/contract itself. Obligee(s) agrees to waive any further need for notice of claims, liens or judgments brought forth or asserted against them, and the grounds upon which they rest in regards to the security agreement/contract/international claim/contract. Obligee(s) also agrees to waive all legal defenses and notice to the warrant of attorney and the security agreement/contract/-.international claim.
14. The obligee(s)'s understanding that the security agreement./international claim/contract contains words that would permit obligor(s) to enter judgment against obligee(s) in court without advanced notice to the obligee(s), and without offering them an opportunity to defend against the entry of judgment may be collected immediately by any legal means

15. The obligee's understanding that the security agreement./international claim/contract contains words that would permit obligor(s) to enter judgment against obligee in court without advanced notice to the obligee, and without offering them an opportunity to defend against the entry of judgment may be collected immediately by any legal means
16. The obligee agrees that notice to the agent is notice to the principal; Notice to principal is notice to the agent. Public Law.

THE UNDERSIGNED OR ANY OF THEM HEREBY EMPOWERS THE PROTHONOTARY OR ANY COURT OF RECORD WITHIN THE UNITED STATES OR ELSEWHERE TO APPEAR FOR THE UNDERSIGNED AND WITH OR WITHOUT ONE OR MORE DECLARATIONS FILED, CONFESS A JUDGMENT OR JUDGMENTS AT ANY TIME AGAINST THE UNDERSIGNED OR ANY OF THEM IN FAVOR OF LENDER AS OF ANY TERM FOR THE UNPAID BALANCE THEREOF, TOGETHER WITH UNPAID INTEREST, COSTS OF SUIT AND AN ATTORNEY'S COMMISSION OF FIFTHTEEN PERCENT TO TWENTY PERCENT (15%-20%) FOR COLLECTION. WITH RELEASE OF ALL ERRORS AND WITHOUT STAY OF EXECUTION, AND INQUISTITION AND EXTENSION UPON ANY LEVY ON REAL ESTATE IS HEREBY WAIVED AND CONDEMNATION AGREED TO, AND THE EXEMPTION OF ALL PROPERTY FROM LEVY AND SALE ON ANY EXECUTION THEREON, AND EXEMPTION OF WAGES FROM ATTACHMENT, ARE ALSO HEREBY EXPRESSLY WAIVED, AND NO BENEFIT OF EXEMPTION SHALL BE CLAIMED UNDER OR BY VIRTUE OF ANY EXEMPTION LAW NOW IN FORCE OR WHICH MAY HEREAFTER BE ENACTED.

Signed By:

_____ A.R.R.

Signature

Authorized Agent(s): Michael Griffith

Authorized Agent(s): Detrick Curtis Conerly

Attorney in Fact for: PARAN L.L.P.

_____ A.R.R.

Signature

Authorized Agent on behalf of Secured

Party Creditor(s):

Michael Griffith,

Detrick Curtis Conerly

Expires 6-14-19

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL GRIFFITH,
DERRICK CURTIS CONNERY,
      Plaintiff(s),

1:21-CV-1308

v.              Case No.

PARANA LLP.      INSTRUCTION FOR THE CLERK

Pursuant to Haines v. Kerner, 404 U.S. 519, 30 L. Ed ad 652 (1972) "The United States Supreme Court holds allegations of Pro Se Litigant's to a less stringent standard than formal pleadings drafted by an attorney."

INSTRUCTIONS FOR THE CLERK

Open a miscellaneous file for this matter and assign a case number to it. Also, please invoice the plaintiff(s) for the amount of the filing fee. Send said invoice to the following address:

Detrick Curtis Conerly 04212-081 BA Rm 201
FCI Mckean
P.O. Box 8000
Bradford, PA. 16701

Enter the Complaint in Confession of judgment from the Court of Common Pleas Westmoreland County PA. case number 17JU3170 (which comes with an exemplified record) and enter/record said judgment in accordance to Local R. 7(b), Fed. R. Civ. P. 77(c), and 79(a) and send us a certified copy of the entered/record judgment. (Please add the fee of the certified judgment on the invoice.)

Dated: 7/21/21        _Detrick Curtis Conerly_ ucc 1-308
                              Michael Griffith
                              Detrick Curtis Conerly
                              (Pro Se Litigant(s))

FILED
SCRANTON

JUL 26 2021

PER _____
DEPUTY CLERK

Pg 1

**CERTIFIED MAIL**

7018 0680 0001 1420 3258

Patrick Curtis Conerly #43R-031 8A Rm 201
FCI McKean
P.O. Box 8000
Bradford, PA. 16701

RECEIVED
SCRANTON
JUL 2 6 2021
DEPUTY CLERK

United States District Court
Office of the Clerk
William J. Nealon Federal Building
235 N Washington Ave. Rm 101
Scranton, PA. 18503

FEDERAL CORRECTIONAL INSTITUTION, MCKEAN
P.O. BOX 5000, BRADFORD, PA 16701
DATE _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.